JACOB B. DAVIS v. JACOB FRIEDMAN and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SUCCESS WAIST COMPANY v. WIGWAM COMPANY.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARKS ARNHEIM, INC., v. SIDNEY HILLMAN, Individually, etc., and Others. LAYMAN-BERKWITS CO., INC., v. SIDNEY HILLMAN, Individually, etc., and Others. JOSEPH L. BERGER and Others v. SIDNEY HILLMAN, Individually, etc., and Others.— Motions to suspend operation of orders vacating injunctions *pendente lite* denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARTIN KENNY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion to correct papers on appeal by inserting those certified by the clerk to have been filed and before the justice making the order granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

KINGS COUNTY LIGHTING COMPANY v. CHARLES D. NEWTON, as Attorney-General, and Others.— Motion to place cause on calendar for May twenty-fourth denied and respondent's time to serve and file briefs extended to September 1, 1921. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

KINGS COUNTY LIGHTING COMPANY v. CHARLES D. NEWTON, as Attorney-General, and Others.— Motion for substitution granted, in so far as it asks for substitution of the Public Service Commission of the State of New York in lieu and in place of Lewis Nixon, constituting the Public Service Commission of the State of New York for the First District. This substitution is formal, in accordance with the statute,* and of course does not involve in any way the determination of the powers or jurisdiction of the Commission under existing law. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE F. HINRICHS, as Receiver, etc., v. MATILDA WEISBECKER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of FRANCIS KNOWLES, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROSE E. MYERS, Respondent, v. HARRIS M. COHEN, Appellant, Impleaded with Others.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROTARY SHIRT COMPANY, INC., Respondent, v. ADOLF GLUCK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

SIMON & KRIVIT CO., INC., Respondent, v. KOLMAN LURIA, Appellant.—

* See Laws of 1921, chap. 134, § 76.— [REP,